IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal Action No. 07-00060-01-CR-W-HFS

v.

TRAVIS L. MCDOWELL,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 7, 2007, the Grand Jury returned a one count indictment against defendant Travis L. McDowell. The indictment charges that on or about December 21, 2006, defendant Travis McDowell, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Smith and Wesson, Model 15-1, .38 caliber revolver.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Bruce Clark
    Case Agent: Special Agent Randal Roberts of the ATF
    Defense:    Melanie Morgan

**OUTSTANDING MOTIONS**: Motion for Continuance doc #26

**TRIAL WITNESSES**:
    Government: 2 with stipulations; 6 without stipulations
    Defendants:   1 witness, possibly the defendant

**TRIAL EXHIBITS**
    Government:  15 exhibits
    Defendant:   0 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:

( ) Definitely for trial;     (X) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME:   1 ½ -2  days**
Government's case including jury selection: 1 ½  days
Defense case: No significant time needed for the defense case.

**STIPULATIONS**: Government counsel is proposing stipulations as to th interstate nexus of the firearms and fingerprint evidence.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Friday before the pretrial conference
Defense: Friday before the pretrial conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday February 6, 2008**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: None planned.**

**TRIAL SETTING**: Criminal jury trial docket commencing February 11, 2008
**Please note:** Counsel request the first week of the docket.

**IT IS SO ORDERED.**

_____/s/_____
SARAH W. HAYS
United States Magistrate Judge